UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY, | CASE NO. 3:24-cv-05373-JNW |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |
| Defendant. | |

On December 4, 2024, the Court reviewed Plaintiff Geneva Langworthy's complaint under 28 U.S.C. § 1915(e). The Court found that dismissal was appropriate because her complaint failed to state a viable claim. Dkt. No. 11. Rather than dismiss the complaint, the Court gave Langworthy a chance to file an amended complaint. *Id*. at 3. The Court's Order warned that failure to file an amended complaint by January 8, 2025, would result in a dismissal of this case without prejudice. *Id*. Langworthy has not filed an amended complaint.

Accordingly, the Court ORDERS that this case is DISMISSED without prejudice.

Dated this 22nd day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 1